IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR417-198
KEVIN REEVEY, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant's Motion to Withdraw Guilty Plea. (Doc. 47.) In his motion, Defendant seeks to withdraw his initial guilty plea entered in this case on February 21, 2018. (Id.) After careful consideration, Defendant's motion is **GRANTED**. Accordingly, Defendant's guilty plea entered on February 21, 2018 is hereby withdrawn.

SO ORDERED this 16th day of July 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 16 AM 11:35
CLERK
SO. DIST. OF GA.